UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HAROLD REAVES,                                  :
                                                :
       Petitioner                                 :
                                                :
  v.                                             : CIVIL NO. 3:CV-14-1325
                                                :
D. HUDSON, *et al.*,                            : (Judge Kosik)
                                                :
       Respondents                                :

## **ORDER**

**AND NOW, this 16th day of APRIL, 2015,** for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The habeas corpus petition pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/Edwin M. Kosik
                                                EDWIN M. KOSIK
                                                United States District Judge